UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Chapter 7

Russell Edward Desormeaux                          Case No. 16-11568-RAM
*aka* Russell E Desormeaux
*aka* Russell Desormeaux
*aka* Russell Edward Des Ormeaux, Jr,

     Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Bank of America, N.A. ("Secured Creditor"), in the above-captioned case, and requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to the parties listed on the Service List below on February 25, 2016.

                              Respectfully Submitted,

                              **MARINOSCI LAW GROUP, P.C**.
                              Attorney for Secured Creditor
                              100 West Cypress Creek Road, Suite 1045
                              Fort Lauderdale, FL 33309
                              Phone: (954) 644-8704
                              Fax: (954) 772-9601
                              Email: wwasserman@mlg-defaultlaw.com

                              /s/ Wendy J. Wasserman
                              **Wendy J. Wasserman, Esq.**
                              Florida Bar No. 155004

## SERVICE LIST

**Marcia T Dunn, Trustee**
555 NE 15 St, Ste 934-A
Miami, FL 33132

**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Russell Edward Desormeaux**
P O Box 430985
Big Pine Key, FL 33043

**Laurel Corkrean Ackley, Esq.**
26852 Tanic Drive, Ste. 102
Wesley Chapel, FL 33544