

**ORDERED in the Southern District of Florida on March 18, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Chapter 7

Russell Edward Desormeaux                      Case No. 16-11568-RAM
*aka* Russell E Desormeaux
*aka* Russell Desormeaux
*aka* Russell Edward Des Ormeaux, Jr,

        Debtor.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**IN FAVOR OF BANK OF AMERICA, N.A.**

**THIS CASE** came before the Court for consideration of the *Motion for Relief from the*

*Automatic Stay* (the "Motion") (D.E. 15) filed pursuant to Local Rule 4001-1(C) by Bank of

America, N.A., its Successors and/or Assigns ("Movant"), and the Movant by submitting this

form of order having represented that the Motion was served on all parties required by Local

Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has

filed, or served on the Movant, a response to the Motion, and that the form of order was attached

as an exhibit to the motion, it is

**ORDERED** as follows:

1. The Motion is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated with respect to the Debtor's collateral described as: **2007 FOREST RIV GEORGETOWN SE [VIN # 1F6NF53Y260A14934]** (the "Collateral").

3. This Order is entered for the sole purpose of allowing Movant, its Successors and/or Assigns, to pursue its lawful *in rem* remedies as to the Collateral and said creditor shall neither seek nor obtain any *in personam* relief against the Debtor.

4. The Court in its discretion waives the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3).

###

**Submitted by:**
Wendy J. Wasserman, Esq., Attorney for Movant
Marinosci Law Group, PC
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 | Fax: (954) 772-9601 | Email: wwasserman@mlg-defaultlaw.com

*Wendy J. Wasserman, Esq. is directed to  serve copies of this order on the parties listed below and file a certificate of service.*

**Marcia T Dunn, Trustee**
555 NE 15 St, Ste 934-A
Miami, FL 33132

**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Russell Edward Desormeaux**
P O Box 430985
Big Pine Key, FL 33043

**Laurel Corkrean Ackley, Esq.**
26852 Tanic Drive, Ste. 102
Wesley Chapel, FL 33544