UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                                                            Chapter 7

Russell Edward Desormeaux
*aka* Russell E Desormeaux                          Case No. 16-11568-RAM
*aka* Russell Desormeaux
*aka* Russell Edward Des Ormeaux, Jr,

       Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Order Granting Motion for Relief from Stay in favor of Bank of America, N.A.* (Doc 23) has been served electronically or via U.S. mail, first-class postage prepaid, to the parties listed on the Service List below on March 18, 2016.

                                              Respectfully Submitted,

                                              **MARINOSCI LAW GROUP, P.C.**
                                              Attorney for Secured Creditor
                                              100 West Cypress Creek Road, Suite 1045
                                              Fort Lauderdale, FL 33309
                                              Phone: (954) 644-8704
                                              Fax: (954) 772-9601
                                              Email: wwasserman@mlg-defaultlaw.com

                                              /s/ Wendy J. Wasserman
                                              **Wendy J. Wasserman, Esq.**
                                              Florida Bar No. 155004

BK Case No. 16-11568-RAM

## **SERVICE LIST**

**Marcia T Dunn, Trustee**
555 NE 15 St, Ste 934-A
Miami, FL 33132

**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Russell Edward Desormeaux**
P O Box 430985
Big Pine Key, FL 33043

**Laurel Corkrean Ackley, Esq.**
26852 Tanic Drive, Ste. 102
Wesley Chapel, FL 33544