United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 16-11568-RAM
Russell Edward Desormeaux                                               Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1         User: covington          Page 1 of 1              Date Rcvd: Mar 18, 2016
                             Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2016.
db              +Russell Edward Desormeaux,    P O Box 430985,    Big Pine Key, FL 33043-0985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2016 at the address(es) listed below:
      Christina  V Paradowski    on behalf of Creditor   World Omni Financial Corp. cvp@trippscott.com,
       dst@trippscott.com;bankruptcy@trippscott.com;lxc@trippscott.com
      Laurel Corkrean Ackley    on behalf of Debtor Russell Edward Desormeaux
       laurel@northtampalawgroup.com
      Marcia T Dunn    mdunn@dunnlawpa.com,
       mdunn@ecf.epiqsystems.com;acastro@dunnlawpa.com;ksotolongo@dunnlawpa.com;rbasnueva@dunnlawpa.com;
       slebron@dunnlawpa.com
      Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
      Wendy J Wasserman    on behalf of Creditor   Bank of America, N.A. wwasserman@mlg-defaultlaw.com,
       mlgfl-bk@mlg-defaultlaw.com
                                                                             TOTAL: 5


**ORDERED in the Southern District of Florida on March 18, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Chapter 7

Russell Edward Desormeaux    Case No. 16-11568-RAM
*aka* Russell E Desormeaux
*aka* Russell Desormeaux
*aka* Russell Edward Des Ormeaux, Jr,

      Debtor.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY
IN FAVOR OF BANK OF AMERICA, N.A.**

**THIS CASE** came before the Court for consideration of the *Motion for Relief from the Automatic Stay* (the "Motion") (D.E. 15) filed pursuant to Local Rule 4001-1(C) by Bank of America, N.A., its Successors and/or Assigns ("Movant"), and the Movant by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the Movant, a response to the Motion, and that the form of order was attached as an exhibit to the motion, it is

**ORDERED** as follows:

1. The Motion is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated with respect to the Debtor's collateral described as: **2007 FOREST RIV GEORGETOWN SE [VIN # 1F6NF53Y260A14934]** (the "Collateral").

3. This Order is entered for the sole purpose of allowing Movant, its Successors and/or Assigns, to pursue its lawful *in rem* remedies as to the Collateral and said creditor shall neither seek nor obtain any *in personam* relief against the Debtor.

4. The Court in its discretion waives the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3).

###

**Submitted by:**
Wendy J. Wasserman, Esq., Attorney for Movant
Marinosci Law Group, PC
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 | Fax: (954) 772-9601 | Email: wwasserman@mlg-defaultlaw.com

*Wendy J. Wasserman, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.*

**Marcia T Dunn, Trustee**
555 NE 15 St, Ste 934-A
Miami, FL 33132

**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Russell Edward Desormeaux**
P O Box 430985
Big Pine Key, FL 33043

**Laurel Corkrean Ackley, Esq.**
26852 Tanic Drive, Ste. 102
Wesley Chapel, FL 33544